UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PANDORA SELECT PARTNERS, L.P.<br>AND WHITEBOX MULTI-STRATEGY<br>PARTNERS, L.P.<br><br>              Plaintiffs<br>v.<br><br>M/I HOMES, INC. and its directors:<br>ROBERT H. SCHOTTENSTEIN, JOSEPH<br>A. ALUTTO, FRIEDRICH K. M. BÖHM,<br>WILLIAM H. CARTER, PHILLIP G.<br>CREEK, MICHAEL GLIMCHER, ANN<br>MARIE W. HUNKER, THOMAS D. IGOE,<br>J. THOMAS MASON, JEFFREY MIRO,<br>NORMAN L. TRAEGER, AND SHAREN J.<br>TURNEY,<br><br>              Defendants. | Court File No. _____<br>   Judge_____<br><br>**DECLARATION OF FILING**<br>**OF NOTICE OF REMOVAL** |

I, Nicole M. Siemens, being sworn, state that on January 29, 2013, I filed a Notice of Filing of Notice of Removal under 28 U.S.C. § 1441 and a copy of the Notice of Removal and the supporting exhibits on the Court Administrator, Hennepin County Courthouse, 300 South Sixth Street, Minneapolis, Minnesota 55487.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DOCS-#3821976-v1

DATED: January 29, 2013      **LINDQUIST & VENNUM LLP**

By <u>s/Nicole M. Siemens</u>
   Kim Ruckdaschel-Haley (#0221831)
   kruckdaschel-haley@lindquist.com
   Nicole M. Siemens (#0322866)
   nsiemens@lindquist.com
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)

**ATTORNEYS FOR DEFENDANTS M/I HOMES, INC., ROBERT H. SCHOTTENSTEIN, JOSEPH A. ALUTTO, FRIEDRICH K. M. BÖHM, WILLIAM H. CARTER, PHILLIP G. CREEK, MICHAEL GLIMCHER, ANN MARIE W. HUNKER, THOMAS D. IGOE, J. THOMAS MASON, JEFFREY MIRO, NORMAN L. TRAEGER, AND SHAREN J. TURNEY**