UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PANDORA SELECT PARTNERS, L.P. AND WHITEBOX MULTI-STRATEGY PARTNERS, L.P.<br><br>Plaintiffs<br>v.<br><br>M/I HOMES, INC. and its directors: ROBERT H. SCHOTTENSTEIN, JOSEPH A. ALUTTO, FRIEDRICH K. M. BÖHM, WILLIAM H. CARTER, PHILLIP G. CREEK, MICHAEL GLIMCHER, ANN MARIE W. HUNKER, THOMAS D. IGOE, J. THOMAS MASON, JEFFREY MIRO, NORMAN L. TRAEGER, AND SHAREN J. TURNEY,<br><br>Defendants. | Court File No. _____<br>Judge _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

As required by Federal Rule of Civil Procedure 7.1, Defendant M/I Homes, Inc. makes the following disclosures:

There is no parent corporation of M/I Homes and no publicly held corporation owns 10% or more of M/I Homes stock.

DATED: January 29, 2013        **LINDQUIST & VENNUM LLP**

By <u>s/Nicole M. Siemens</u>
   Kim Ruckdaschel-Haley (#0221831)
   kruckdaschel-haley@lindquist.com
   Nicole M. Siemens (#0322866)
   nsiemens@lindquist.com
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)

**ATTORNEYS FOR DEFENDANTS M/I HOMES, INC., ROBERT H. SCHOTTENSTEIN, JOSEPH A. ALUTTO, FRIEDRICH K. M. BÖHM, WILLIAM H. CARTER, PHILLIP G. CREEK, MICHAEL GLIMCHER, ANN MARIE W. HUNKER, THOMAS D. IGOE, J. THOMAS MASON, JEFFREY MIRO, NORMAN L. TRAEGER, AND SHAREN J. TURNEY**